## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

Alexandria **Division**

**In re**  Adedeji Ojabowale                                    **Case No.**  15-10781-RGM

**Debtor(s)**                                    **Chapter**  7

### ORDER DISMISSING CASE

**The debtor(s) having failed to timely cure the deficiencies as set forth in the;**
Notice to Cure Credit Counseling Certification Deficiency pursuant to the provisions of BR 1007(c)
**it is, therefore**

**ORDERED** that the above case be DISMISSED; and it is further

*[If applicable]* **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $ ___235.00___ to the Clerk of Court within **14 days** of the date of this order; and it is further

**ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report in this case unless property or money was administered.

WILLIAM C. REDDEN
CLERK OF COURT

Date: March 23, 2015              By: /s/ Denise S. Williams
                                          **Deputy Clerk**

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

March 23, 2015

[odscsdef ver. 12/09]