# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   15−10781−RGM
**Chapter**   7

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Adedeji Ojabowale
9765 Plaskett Forest Lane
Lorton, VA 22079

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−7785

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

### NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on March 23, 2015 dismissing the above−captioned case.

Dated:   March 23, 2015                                  For the Court,

                                                         William C. Redden, Clerk
[VAN015vDec2009.jsp]                                     United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 15-10781-RGM
Adedeji Ojabowale                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9        User: williamsd        Page 1 of 1        Date Rcvd: Mar 24, 2015
                    Form ID: VAN015       Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2015.
```
db              +Adedeji Ojabowale,    9765 Plaskett Forest Lane,    Lorton, VA 22079-2132
12790760        +ALLEGIANCE REALTY PARTNERS, LLC,    C/O BUSMAN & BUSMAN,    P O BOX 7514,
                  FAIRFAX STATION, VA 22039-7514
12790761        +BUSMAN & BUSMAN,    P O BOX 7514,    FAIRFAX STATION , VA 22039-7514
12790759        +NADIR N TAWIL,    10195 MAIN STREET,    FAIRFAX, VA 22031-3415
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QKHKINDRED.COM Mar 25 2015 02:13:00      Klinette H. Kindred,
                  Tyler, Bartl, Ramsdell and Counts,    300 N. Washington Street, Suite 202,
                  Alexandria, VA 22314-2530
```
                                                                                                                            TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2015 at the address(es) listed below:
```
              Klinette H. Kindred    kkindred@tbrclaw.com,
               asemerjian@tbrclaw.com;kkindred@ecf.epiqsystems.com;smccarthy@tbrclaw.com
```
                                                                                                                                           TOTAL: 1